**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**CAROLYN JEWELL,**

    **Plaintiff,**

**v.**                                                        **Case No: 5:23-cv-663-BJD-PRL**

**THE DAVEY TREE EXPERT**
**COMPANY and LLOMAR ANDRES**
**PEREZ-ESCALERA,**

    **Defendants.**

## ORDER TO STRIKE

This cause came on for consideration by the Court *sua sponte*. Carolyn Jewell filed Initial Disclosures Under Fed.R.Civ.P. 26(a)(1) (Doc. 33) contrary to the Middle District Discovery Handbook which provides:

> GENERAL RULE GOVERNING FILING OF DISCOVERY MATERIALS. Copies of written interrogatories, answers and objections to interrogatories, notices of oral depositions, transcripts of oral depositions, requests for the production of documents and other things, responses to requests for production, matters disclosed pursuant to Rule 26(a)(1), Federal Rules of Civil Procedure, requests for admissions, and responses to requests for admissions shall not be filed with the Court as a matter of course.

Middle District Discovery (2021) at Section I.C.1.

Accordingly, Plaintiff's initial disclosures (Doc. 33) filed contrary to the above rule are hereby **STRICKEN**.

**DONE** and **ORDERED** in Orlando, Florida on January 31, 2024.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Party