# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**CAROLYN JEWELL**

> **Plaintiff,**

**v.**                                                   Case No: **5:23-cv-663-BJD-PRL**

**LLOMAR ANDRES PEREZ
ESCALERA and THE DAVEY TREE
EXPERT, et al.,**

> **Defendants.**

---

### ORDER

This matter is before the Court on Plaintiff's motion to compel depositions of Defendants. (Doc. 37). Defendants objected because they hoped to consolidate discovery with two other related actions, both of which have now been remanded to state court, thus mooting their objection.[1] Accordingly, Plaintiff's motion to compel (Doc. 37) is **GRANTED** and Defendants' depositions shall be conducted within **60 days** of this Order.

**DONE** and **ORDERED** in Ocala, Florida on April 12, 2024.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

---

[1] In *Hindalong v. The Davey Tree Expert Company*, 5:23-cv 662-BJD-PRL, the Court granted Plaintiff's amended motion to remand on April 8, 2024. (Doc. 32). Likewise, in *Meahl v. The Davey Tree Expert Company*, 5:24-cv-74-JSM-PRL, the Court remanded the action on March 26, 2024. (Doc. 16).

Counsel of Record
Unrepresented Parties