UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**CAROLYN JEWELL,**

    Plaintiff,

v.                                                              Case No: 5:23-cv-663-BJD-PRL

**LLOMAR ANDRES PEREZ ESCALERA and THE DAVEY TREE EXPERT, et al.,**

    Defendants.

## ORDER

On July 29, 2024, Defendant Llomar Andres Oerez-Escalera filed an objection to Plaintiff's notice of production from non-party asking the Court to deny the issuance of the proposed subpoena duces tecum to Frontier Florida, LLC, d/b/a Frontier Communications of Florida (Doc. 47). The Court has construed this filing as a motion to quash and Plaintiff is hereby directed to file a response by **August 9, 2024.**

**DONE** and **ORDERED** in Ocala, Florida on July 31, 2024.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties